No. 88–259. ALTON PACKAGING CORP. *v.* POLLUTION CONTROL BOARD ET AL. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 88–264. VOGT *v.* ABISH ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–265. BADGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–267. KELLEY *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 88–268. WILLIAMS *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 88–269. STOCKTON *v.* LANSIQUOT ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–277. SEAWINDS LTD. *v.* NEDLLOYD LINES, B. V., ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–279. ANTRIM ET AL. *v.* BURLINGTON NORTHERN INC. ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–281. SHEEHAN ET AL. *v.* PUROLATOR, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 88–282. ALTER ET AL. *v.* SCHROEDER ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–285. PACINDAT MUTUAL PROTECTION & INDEMNITY ASSN., LTD. *v.* TRAVELERS INDEMNITY CO. C. A. 5th Cir. Certiorari denied.

No. 88–286. FLYNN *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 88–288. BECNEL ET AL. *v.* DUPUIS ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–290. CANNON *v.* ROWEN ET VIR. Ct. App. Cal., 3d App. Dist. Certiorari denied.